PARKA CORPORATION, Appellant, v. MICHAEL F. DRINKHOUSE, Respondent.— In view of the offer by the plaintiff to permit the defendant to take possession subject to his vacating in the event of reversal of the prior judgment, we think that the finding of a willful contempt is unwarranted. Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion denied. Appeal [from order denying reargument] unanimously dismissed. No opinion. Present — Dore, J. P., Cohn, Callahan, Breitel and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN E. BERRY, Appellant, against CLERK OF THE COURT OF GENERAL SESSIONS, COUNTY OF NEW YORK, et al., Respondents.— As petitioner has been paroled, the appeal from the order of June 16, 1952, dismissing a writ of habeas corpus is unanimously dismissed as academic, without costs. Order [denying petitioner's application under Civ. Prac. Act, art. 78] unanimously affirmed. No opinion. Present — Dore, J. P., Cohn, Callahan, Breitel and Bergan, JJ.

H. E. R. LABORATORIES, INC., Appellant, v. MORRIS ROSENSWEIG et al., Defendants. RUDOLPH ALLEN, an Attorney, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Callahan, Breitel and Bergan, JJ. [See post, p. 865.]

In the Matter of CREOLA TOMLIN, Respondent, against CLARENCE TOMLIN, Appellant.— Order modified so as to provide for the payment of $10 per month to the petitioner wife and, as so modified, affirmed, without costs. Present — Dore, J. P., Cohn, Callahan, Breitel and Bergan, JJ.; Callahan and Breitel, JJ., dissent and vote to affirm. Settle order on notice.

MAX WEINER, Appellant, v. DOROTHY WEINER, Respondent.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Callahan, Breitel and Bergan, JJ.

VALCANTE CONSTRUCTION CORP., Respondent, v. CHARLES MICHEL, Appellant. — Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Callahan, Breitel and Bergan, JJ.

JESSY KERRY, Respondent, v. SIGMUND DORNBUSH, Appellant.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Callahan, Breitel and Bergan, JJ.